No. A–936. UNITED STATES DEPARTMENT OF JUSTICE ET AL. v. ROSENFELD. Application for stay, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted, and it is ordered that the order of the United States District Court for the Northern District of California, case Nos. C–85–1709 and C–85–2247, filed March 29, 1991, be and the same is hereby stayed pending final disposition of the appeal of that order by the United States Court of Appeals for the Ninth Circuit following the District Court's action on the Government's motion for reconsideration filed April 16, 1991.

No. A–971. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. FRANCIS. Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Eleventh Circuit, presented to JUSTICE KENNEDY, and by him referred to the Court, granted provided that the stay shall remain in effect until 7 a.m. Tuesday, June 25, 1991, in order to allow for further consideration by the Court of Appeals in light of *Coleman* v. *Thompson, ante,* p. 722. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the application.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 231 (1976), I would deny the application to vacate the stay of execution.

No. D–963. IN RE DISBARMENT OF HENDERSON. Disbarment entered. [For earlier order herein, see 498 U. S. 1044.]

No. D–965. IN RE DISBARMENT OF LACKEY. Disbarment entered. [For earlier order herein, see 498 U. S. 1064.]

No. D–977. IN RE DISBARMENT OF ZAHARIA. Disbarment entered. [For earlier order herein, see 499 U. S. 902.]

No. D–983. IN RE DISBARMENT OF STITT. Disbarment entered. [For earlier order herein, see 499 U. S. 916.]

No. D–993. IN RE DISBARMENT OF BERGER. Disbarment entered. [For earlier order herein, see 499 U. S. 957.]